■ KEITH LONG, Appellant, v CELLINO & BARNES, P.C., et al., Respondents. [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.

■ MICHAEL BROWN, Appellant, v ROME UP & RUNNING, INC., Respondent. [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.

■ In the Matter of JOHN NAVAREZ, Petitioner, v SIBATU KHAHAIFA, Superintendent, Orleans Correctional Facility, Respondent. [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Carni and Gorski, JJ.

■ VIRGIL SMITH, Individually and as Parent and Natural Guardian of DEREK SMITH, an Infant, Appellant, v HAZEL E. SHERWOOD, Defendant, and CITY OF SYRACUSE et al., Respondents. [896 NYS2d 276]—Motion for leave to appeal to the Court of Appeals granted. Present—Fahey, J.P., Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN M. GOFF, Appellant. [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra and Carni, JJ.

■ PHILIP TAFELSKI, Respondent-Appellant, v THE BUFFALO CITY CEMETERY, INC., Appellant-Respondent. [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Carni, JJ.